UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC McBREARTY, and PAUL CANTILINA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH GENERATION INC., d/b/a TITO'S HANDMADE VODKA, BERT BEVERIDGE II, MOCKINGBIRD DISTILLERY CORP, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No.: 14-cv-07667-SDW-SCM |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS BERT BEVERIDGE II AND MOCKINGBIRD DISTILLER CORP.

IT IS HEREBY STIPULATED AND AGREED that Defendants Bert Beveridge II and Mockingbird Distillery Corp. are dismissed from this action without prejudice and without costs to either party as against the other.

Dated: January 7, 2015

/s/ Aaron Van Nostrand
Aaron Van Nostrand
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
*Attorneys for Defendants*

/s/ Barry Gainey
Barry Gainey
Gainey McKenna & Egleston
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
*Attorneys for Plaintiffs*

So Ordered
this 8th day of January 2015

Susan D. Wigenton, U.S.D.J.