# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC McBREARTY, and PAUL CANTILINA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FIFTH GENERATION, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | Civil Action No. 14-7667 (SDW)(SCM)<br><br>**ORDER**<br><br>August 6, 2015 |

**WIGENTON**, District Judge.

　　　This matter, having come before the Court on Defendant Fifth Generation, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and its Motion to Strike Class Allegations pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), and this Court, having carefully reviewed and considered the submissions of the parties, for the reasons expressed in this Court's Opinion dated August 6, 2015,

　　　**IT IS** on this 6th day of August, 2015,

　　　**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; the complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs may file an amended complaint within 30 days of this order, and it is further

　　　**ORDERED** that Defendant's Motion to Strike Class Allegations is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　s/ *Susan D. Wigenton*
　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Orig:　Clerk
cc:　　Parties

Magistrate Judge Steven C. Mannion

Case 2:14-cv-07667-JMV-MF   Document 20   Filed 08/06/15   Page 2 of 2 PageID: 287