UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC McBREARTY, and PAUL CANTILINA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH GENERATION INC., d/b/a TITO'S HANDMADE VODKA, BERT BEVERIDGE II, MOCKINGBIRD DISTILLERY CORP, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No.: 14-cv-07667-JMV-MF |

## STIUPLATION OF VOLUNTARY DISMISSAL OF CLASS ACTION CLAIMS IN THIS FEDERAL COURT ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that all class action claims are dismissed in this Federal Court action with prejudice against all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs.

/s/ Aaron Van Nostrand
Aaron Van Nostrand
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendants*

/s/ Barry Gainey
Barry Gainey
Gainey McKenna & Egleston
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
*Attorneys for Plaintiffs*

So Ordered:

Judge John Michael Vazquez, U.S.D.J.    Date 10/21/16